*Attorney General Ford, Frederick Bernays Wiener, Paul A. Sweeney* and *Melvin Richter* for the United States.

No. 158. KAY ET AL. *v.* MacCORMACK ET AL., EXECUTORS AND TRUSTEES, ET AL. Certiorari denied. *John M. Harlan* for petitioners. *Robert S. MacCormack, Jr.,* respondent, *pro se.*

No. 159. WHEELING & LAKE ERIE RAILWAY CO. ET AL. *v.* KEITH. Certiorari denied. *George H. P. Lacey* and *John J. Adams* for petitioners. *Marvin C. Harrison* for respondent.

No. 160. DI BENEDETTO *v.* UNITED STATES; and
No. 161. DORRANCE *v.* UNITED STATES. Certiorari denied. *Charles A. Horsky* and *Amy Ruth Mahin* for petitioners. *Solicitor General Perlman, Assistant Attorney General Ford, Paul A. Sweeney* and *Harry I. Rand* for the United States.

No. 162. WILCOX *v.* DEWITT. Certiorari denied. *A. L. Wirin, Arthur Garfield Hays, Osmond K. Fraenkel, Walter Gellhorn* and *Charles A. Horsky* for petitioner. *Solicitor General Perlman, Assistant Attorney General Ford, Frederick Bernays Wiener, Paul A. Sweeney* and *Ray B. Houston* for respondent.

No. 163. MOORE *v.* OREGON. Certiorari denied. *John P. Hannon* for petitioner.